Appeal No.   2021AP1589

STATE OF WISCONSIN

Cir. Ct. No.  2020CV101

IN COURT OF APPEALS
DISTRICT III

SOJENHOMER LLC,

PLAINTIFF-APPELLANT,

V.

VILLAGE OF EGG HARBOR,

DEFENDANT-RESPONDENT.

FILED

April 25, 2023

Sheila T. Reiff
Clerk of Court of Appeals

## ERRATA SHEET

Sheila T. Reiff
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District III
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District IV
Electronic Notice

Hon. David L. Weber
Circuit Court Judge
Electronic Notice

Connie DeFere
Clerk of Circuit Court
Door County Courthouse
Electronic Notice

Ashley C. Lehocky
Electronic Notice

Jon Robert Pinkert
Electronic Notice

Tyler Daniel Pluff
Electronic Notice

PLEASE TAKE NOTICE that corrections were made to paragraphs 29, 32 and n.10, 34, 37, 38 and n.12 in the above-captioned opinion which was

released on March 14, 2023. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.